**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Alejandro GRANADOS–VILLAF-
UERTE, also known as Alejandro
Granados–Villafuete, Defendant–Ap-
pellant.**

No. 12–50566
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 5, 2013.

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office, San Anto-
nio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Assistant Federal
Public Defender, Federal Public Defend-
er's Office, Del Rio, TX, for Defendant–
Appellant.

Before STEWART, Chief Judge, and
KING and CLEMENT, Circuit Judges.

PER CURIAM: *

Mexican citizen Alejandro Granados–Vil-
lafuerte (Granados) appeals the sentence
he received following his guilty plea con-
viction for being found illegally in the
United States after having been previously
removed. Granados argues that one crim-
inal history point should not have been
assigned to his 2010 Oklahoma open con-
tainer traffic offense.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

The Government argues that appeal of
this sentencing issue is moot and, in the
alternative, that the criminal history point
was properly assigned to Granados's prior
open container traffic offense. Granados
has not filed a reply brief and, thus, has
not responded to the Government's moot-
ness argument.

The district court sentenced Granados to
15 months of imprisonment with credit for
time served in custody since March 24,
2011. This term of imprisonment neces-
sarily expired on or about June 24, 2012.
The Department of Homeland Security has
confirmed that Granados was removed
from the United States on June 30, 2012.
For these reasons, Granados's appeal is
moot. *See United States v. Rosenbaum–
Alanis,* 483 F.3d 381, 383 (5th Cir.2007).
Accordingly, the appeal is DISMISSED
AS MOOT.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.